OPINION — AG -**** RURAL ELECTRIC COOPERATIVES — DOCUMENTARY STAMP TAX **** (1) RURAL ELECTRIC COOPERATIVES ARE EXEMPT FROM PAYMENT OF THE DOCUMENTARY STAMP TAX IMPOSED BY 68 O.S. 1969 Supp., 5101.2 [68-5101.2], THE DOCUMENTARY STAMP TAX IS COLLECTIBLE FROM EITHER THE GRANTOR OR GRANTEE OF A CONVEYANCE COVERED BY THE ACT AND WHERE ONE PARTY TO THE CONVEYANCE IS EXEMPT FROM PAYMENT OF THE TAX AND THE OTHER PARTY IS NOT, THE TAX WILL BE THE OBLIGATION OF THE NON EXEMPT PARTY. CITE: 68 O.S. 1969 Supp., 5101 [68-5101], 18 O.S. 1961 437-437.30 [18-437] — [18-437.30], 68 O.S. 1969 Supp., 1803 [68-1803], 18 O.S. 1969 Supp., 437.25 [18-437.25], 68 O.S. 1969 Supp., 1214 [68-1214], 68 O.S. 1969 Supp., 1803 [68-1803], 68 O.S. 1969 Supp., 5103 [68-5103] (NORMAN CANNON)